UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**

April 27, 2007

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:07MJ00130-GGH |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| SHIRLEY A. FITZGERALD, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __SHIRLEY A. FITZGERALD__ , Case No.

__2:07MJ00130-GGH__ , Charge __21USC § 841(a)(1)__ , from custody subject to the conditions

contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__ Release on Personal Recognizance

__ Bail Posted in the Sum of $_____

__ Unsecured Appearance Bond

__ Appearance Bond with 10% Deposit

__ Appearance Bond with Surety

__ Corporate Surety Bail Bond

✔ (Other)   __Pretrial Conditions as stated on the record.__

This release order is not effective until the date defendant has signed and understands the

attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __April 27, 2007__ at __2:00 pm__ .

By   /s/ Gregory G. Hollows

Gregory G. Hollows
United States Magistrate Judge

Copy 5 - Court